# EXHIBIT B

# PLAINTIFF'S IDENTIFICATION OF EXTRINSIC EVIDENCE

Pursuant to Local Patent Rule 4.3(a), Plaintiff hereby submits its identification of extrinsic evidence. Plaintiff reserves the right to rely on extrinsic evidence identified by Defendants and to supplement or otherwise amend this identification of extrinsic evidence, including in response to extrinsic evidence identified by Defendants.

| EXHIBIT | DESCRIPTION |
| --- | --- |
| B.1 | Merriam-Webster Dictionary definition of "thrust" from https://www.merriam-webster.com/dictionary/thrust, accessed 1-15-26 |
| B.2 | Cambridge English Dictionary definition of "thrust" from https://dictionary.cambridge.org/us/dictionary/english/thrust, accessed 1-15-26 |