# EXHIBIT B.1


| verb 2 ⌄ | Synonyms | Example Sentences | Word History | Phrases Containing | Rhym |

# thrust  1 of 2  *verb*

ˈthrəst 🔊

**thrust; thrusting**

Synonyms of *thrust* ›

*transitive verb*

**1** : to push or drive with force : **SHOVE**

**2** : to cause to enter or pierce something by or as if by pushing
   *thrust* a dagger into his heart

**3** : **EXTEND**, **SPREAD**

**4** : **STAB**, **PIERCE**

**5 a** : to put (someone, such as an unwilling person) forcibly into a course of action or position
   was *thrust* into the job

   **b** : to introduce often improperly into a position : **INTERPOLATE**

**6** : to press, force, or impose the acceptance of upon someone
   *thrust* new responsibilities upon her

*intransitive verb*



verb 2 ⌄    Synonyms    Example Sentences    Word History    Phrases Containing    Rhym

**c** : to push upward : **PROJECT**

**2** : to make a thrust, stab, or lunge with or as if with a pointed weapon

> *thrust* at them with a knife

# thrust  2 of 2  noun

**1**  **a** : a forward or upward push

   **b** : a movement (as by a group of people) in a specified direction

**2**  **a** : salient or essential element or meaning

> the *thrust* of the argument

   **b** : principal concern or objective

> The plan's major *thrust* is testing.
> — Ryan Lizza

**3**  **a** : a strong continued pressure

   **b** : the sideways force or pressure of one part of a structure against another part (as of an arch against an abutment)

   **c** : the force produced by a propeller or by a jet or rocket engine that drives a vehicle (such as an aircraft) forward

   **d** : a nearly horizontal geologic fault

**4**  **a** : a push or lunge with a pointed weapon

   **b**  (1) : a verbal attack

       (2) : a military assault

## Synonyms of *thrust*



**verb 2** ⌄  Synonyms  Example Sentences  Word History  Phrases Containing  Rhym

drive

See All Synonyms & Antonyms in Thesaurus >

## Examples of *thrust* in a Sentence

### Verb

He **thrust** his hands into his pockets.

He **thrust** his fist into the air.

The doctor **thrust** the needle into the patient's arm.

See More ⌄

## Recent Examples on the Web

ⓘ Examples are automatically compiled from online sources to show current usage. Read More

### Verb

He's rubbed elbows with corporate executives who are interested in Pennsylvania as a data center destination and **thrust** Pennsylvania into competition for billions of dollars being spent on manufacturing and artificial intelligence infrastructure.
— *CBS News*, 8 Jan. 2026

Eventually, he was **thrust** into a starting safety role during the 2021 playoffs due to injury.
— Mike Kaye january 8, *Charlotte Observer*, 8 Jan. 2026

### Noun



| verb 2 ⌄ | Synonyms | Example Sentences | Word History | Phrases Containing | Rhym |

This is likewise the ***thrust*** of Salo, based on the Marquis de Sade's The 120 Days of Sodom, an orgiastic, disturbing carnival of torture, rape, and killing, reset by Pasolini in the town from which fascism reigned in the 1940s.

— *Literary Hub*, 7 Jan. 2026

See All Example Sentences for *thrust* >

## Word History

### Etymology

**Verb**

Middle English *thrusten, thristen*, from Old Norse *thrȳsta*; probably akin to Old Norse *thrjōta* to tire, Old English *thrēat* coercion — more at THREAT

### First Known Use

**Verb**

13th century, in the meaning defined at transitive sense 1

**Noun**

14th century, in the meaning defined at sense 4a

### Time Traveler

**The first known use of *thrust* was in the 13th century**

See more words from the same century

## Phrases Containing *thrust*



verb 2 ⌄　　Synonyms　　Example Sentences　　Word History　　Phrases Containing　　Rhym

thrust stage

# Rhymes for *thrust*

bused　　　　　　　　　　　　　　　　bust

crust　　　　　　　　　　　　　　　　cussed

dust　　　　　　　　　　　　　　　　 fussed

fust　　　　　　　　　　　　　　　　 gust

just　　　　　　　　　　　　　　　　 lust

mussed　　　　　　　　　　　　　　　must

See All Rhymes for *thrust* >

# Browse Nearby Words

thrushy　　　　　　　　**thrust**　　　　　　　　thrust augmentation

See All Nearby Words >



verb 2 ⌄    Synonyms    Example Sentences    Word History    Phrases Containing    Rhym

**Style**   MLA ⌄

"Thrust." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/thrust. Accessed 15 Jan. 2026.

⧉ Copy Citation

## Kids Definition

# thrust  1 of 2  *verb*

ˈthrəst 🔊

**thrust; thrusting**

1   **:** to push or drive with force **:** **SHOVE**

2   **:** to cause to enter or pierce something by pushing

*thrust* a knife into the bread

3   **:** to press or force the acceptance of upon someone

*thrust* new responsibilities upon her

# thrust  2 of 2  *noun*

1   **a :** a push or lunge with a pointed weapon

    **b :** a military attack

2   **:** the force produced by a propeller or jet or rocket engine that drives an aircraft or rocket forward



verb 2 ⌄	Synonyms	Example Sentences	Word History	Phrases Containing	Rhym

# More from Merriam-Webster on *thrust*

Nglish: Translation of *thrust* for Spanish Speakers

Last Updated: 9 Jan 2026 - Updated example sentences

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

 **Top Lookups**

# More from Merriam-Webster





verb 2 ⌄    Synonyms    Example Sentences    Word History    Phrases Containing    Rhym

## Games & Quizzes





verb 2

Synonyms   Example Sentences   Word History   Phrases Containing   Rhym

Help   About Us   Advertising Info   Contact Us   Privacy Policy   Terms of Use

© 2026 Merriam-Webster, Incorporated