# EXHIBIT B.2

  Cambridge Dictionary

 

 Cambridge Dictionary   Ask our  AI Assistant  anything about English!

*Meaning of **thrust** in English*

f   X

# thrust

***verb*** [ I or T, usually + adv/prep ]

US 🔊 /θrʌst/   UK 🔊 /θrʌst/

thrust | thrust

 Add to word list ≡

## to push suddenly and strongly:

- *She thrust the money **into** his hand.*

- *They thrust a microphone in front of me and fired questions at me.*

- *She thrust the papers **at** me (= toward me).*

- *The bodyguards thrust past the crowd to get at the cameraman.*

**Synonym**

lunge

**−  SMART Vocabulary: related words and phrases**

**Pushing and shoving**

---

 Cambridge Dictionary

**Do Not Sell My
Personal Information**

This website uses cookies to enhance user experience and to analyze
performance and traffic on our website. We also share information about your
use of our site with our social media, advertising and analytics
partners. **Privacy and Cookies Policy**

Accept Cookies



  

mash

peristaltic

pie

poke

push

rib

shoulder

shoulder charge

shove

upend

upset

**See more results »**

 

**Word of The Year 2025 is …**

Discover the word that defined 2025 and captured the year's spirit.

| Phrasal verb |
| --- |
| thrust something on/upon someone |



# thrust

*noun*

This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. **Privacy and Cookies Policy**

 Cambridge Dictionary

 

**+ SMART Vocabulary: related words and phrases**

---

**thrust** *noun* **(PUSH)**



[ C ]

**a strong push**



[ U ] • ENGINEERING • specialized

**the driving force produced by, for example, an aircraft engine**

**+ SMART Vocabulary: related words and phrases**



**Understand the story behind your data**

SPONSORED BY **SURVEYMONKEY**        Learn More



---

*(Definition of **thrust** from the **Cambridge Advanced Learner's Dictionary & Thesaurus** © Cambridge University Press)*

**thrust** | INTERMEDIATE ENGLISH

Cambridge Dictionary

This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. **Privacy and Cookies Policy**

  

# thrust

***noun*** [ C/U ]

**US**  /θrʌst/



**a sudden and strong push:**

- [ C ] *a sword thrust*

- [ C ] fig. *The thrust (= main point) of her argument was the schools need improvement.*



PHYSICS

**Thrust is also the force produced by an engine that pushes in one direction.**

*(Definition of **thrust** from the* **Cambridge Academic Content Dictionary** *© Cambridge University Press)*

**EXAMPLES of thrust**

# thrust

He has made education one of the central thrusts of his campaign.

*From* <u>Huffington Post</u>                                                                 💬

In contrast to the light turnout for the party primaries last month, the state saw heavy turnout following the national attention *thrust* upon their race.

*From* <u>CBS News</u>                                                                          💬

The overall *thrust* of the poll findings is that veterans are experiencing a collapse of confidence in the nation's leadership



This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. **Privacy and Cookies Policy**

 **Cambridge Dictionary**  

Although it's not the *thrust* of this article, it's a giant risk to them and to the beneficiaries who are counting on those monthly checks.

*From* <u>Huffington Post</u>

Because black holes don't emit any electromagnetic radiation, they're more or less invisible when *thrust* upon the backdrop of dark, empty space.

*From* <u>National Geographic</u> 

The biologists *thrust* their nets where experience tells them a snake is.

*From* <u>Washington Post</u> 

We spoke with formerly middle-class parents who were *thrust* into poverty when one or both lost their salaries.

*From* <u>CNN</u> 

Run your saber slowly back along the seam toward your body, then quickly and firmly *thrust* it back up the seam toward the bottle's lip.

*From* <u>WIRED</u> 

Then viewers are *thrust* into a flashback of the two dining.

*From* <u>New York Daily News</u> 

Screaming in unison with faces flushed and arms *thrust* in the air, the deafening cacophony of 300-some girls' high-pitched wailing echoed throughout the store.

*From* <u>Los Angeles Times</u> 

However, the *thrust* of the descent rockets kicks up so much surface dust he can hardly see out the windows to guide his landing.

*From* <u>Huffington Post</u>

One of the conservators discovered that the number "2044" had been stenciled in black paint on the side of one of the massive *thrust* chambers.



This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. **Privacy and Cookies Policy**

  

# thrust

**These are words often used in combination with thrust.**

Click on a collocation to see more examples of it.

---

### basic thrust

• The basic thrust of this approach is not logic so much as concern for the other party's feelings.

*From the Cambridge English Corpus* 

---

### central thrust

• The central thrust of such positions is, to my mind, irrefutable.

*From the Cambridge English Corpus* 

---

### full thrust

• The advantage of this method is that one can avoid the early phase of longduration slowly rising current profile and utilize the full thrust of peak current.

*From the Cambridge English Corpus* 

---

These examples are from corpora and from sources on the web. Any opinions in the examples do not represent the opinion of the Cambridge Dictionary editors or of Cambridge University Press or its licensors.

**See all collocations with thrust**

---

**What is the pronunciation of *thrust*?**                    ›

## Translations of **thrust**

in Chinese (Traditional)

推擠, 刺, 戳...

See more



This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. **Privacy and Cookies Policy**



See more

in more languages ⌄

## Need a translator?

Get a quick, free translation!

🔤 **Translator tool**

## Browse

thrown

thru

thrum

thrush

**thrust**

thrust something on/upon someone *phrasal verb*

thruster

thruway

thud





This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. **Privacy and Cookies Policy**












**Create experiences customers love**

SPONSORED BY SURVEYMONKEY

Learn More

This website uses cookies to enhance user experience and to analyze
performance and traffic on our website. We also share information about your
use of our site with our social media, advertising and analytics
partners. **Privacy and Cookies Policy**



 

**+ Phrasal Verbs**

**+ Idioms and phrases**



WORD OF THE DAY

# tell apart

UK 🔊 /tel/ US 🔊 /tel/

to be able to see the difference between two very similar things or people



This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. **Privacy and Cookies Policy**

  



BLOG

# Talking about death (Part 2)

January 14, 2026

**Read More**

 Contents          ✦ **AI Assistant**          To top 



This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. **Privacy and Cookies Policy**

   



NEW WORDS

# bio-baiting

January 12, 2026



**More new words**



Building the
AI-Ready Network
with Kate Johnson
President and CEO, Lumen

This website uses cookies to enhance user experience and to analyze
performance and traffic on our website. We also share information about your
use of our site with our social media, advertising and analytics
partners. **Privacy and Cookies Policy**



 



This website uses cookies to enhance user experience and to analyze
performance and traffic on our website. We also share information about your
use of our site with our social media, advertising and analytics
partners. **Privacy and Cookies Policy**





This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. **Privacy and Cookies Policy**

  



This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. **Privacy and Cookies Policy**



 



This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. **Privacy and Cookies Policy**



 

LEARN                                                              ✚

DEVELOP                                                            ✚

ABOUT                                                             ✚



© Cambridge University Press & Assessment 2026



This website uses cookies to enhance user experience and to analyze
performance and traffic on our website. We also share information about your
use of our site with our social media, advertising and analytics
partners. **Privacy and Cookies Policy**